1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8 LADON SHIVER,      No. C 07-3690 SI (pr)
9    Plaintiff,     **ORDER OF TRANSFER**
10   v.
11 J. FRANCO; et al.,
12    Defendants.
13  ————————————————————/

14    Ladon Shiver filed this civil rights action under <u>Bivens v. Six Unknown Named Agents</u>,

15 403 U.S. 388 (1971), complaining of acts and omissions that occurred at the United States

16 Penitentiary in Atwater, California.  Atwater is in Merced County, within the venue of the

17 Eastern District of California.  Defendants also apparently reside in the Eastern District of

18 California.  Venue therefore properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. §

19 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action

20 is TRANSFERRED to the United States District Court for the Eastern District of California.

21 The court has not ruled on any pending motions.   The clerk shall transfer this matter.

22    IT IS SO ORDERED.

23 Dated:   July 23, 2007

24            SUSAN ILLSTON
             United States District Judge
25
26
27
28